**Rule v. Albany Med Health Partners et al**
1:23-cv-1218 (BKS/CFH)

Hon. Christian F. Hummel
U.S. District Court Judge
United States District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse 100 S. Clinton Street
Syracuse, NY 13261

10/29/2023
Tara Rule, *Pro Se*, Ruleartsandproductions@gmail.com

Dear Judge Hummel:

    I am amending my complaint once as a matter of course, as per Local Rule 7.1(a)(4) and am respectfully requesting an extension due to my health and disability.

    Respectfully,

    Tara Rule