*Rule v. Albany Med Health Partners et al* 1:23-cv-1218 (BKS/CFH)

Tara Rule
PO Box 123
Round Lake, New York 12151
ruleartsandproductions@gmail.com
*Pro se*

Hon. Christian F. Hummel
U.S. District Court Judge
United States District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse 100 S. Clinton Street Syracuse, NY 13261

November 28, 2023

Hon. Christian F. Hummel,

  I am writing to you regarding clarification needed on Document #28 submitted October 27, 2023 - "FRCP 7.1 CORPORATE DISCLOSURE STATEMENT".
  Paragraph 1 states, "*Defendant Glens Falls Hospital (incorrectly named as Albany Med Health Partners),*"
  My inclusion of Albany Med Health Partners (Systems) as the defendant in this case was in fact intentional, as they are the parent company to the 3 hospitals involved (Glens Falls, Saratoga Hospital, Malta Med Emergent Care.). I did not incorrectly name Albany Med Health Partners as the defendant. (Affidavit of service for Albany Med - document 8, 10/11/2023, document 19, 10/20/2023).
  It is unclear to me if Mr. Billok's response is intended to be on behalf of Albany Med Health Partners (Systems) as the contents of document 28 specifies that he will be appearing in defense of Glens Falls Hospital - a facility that was never served.
  If not a response on behalf of Albany Med Health Partners (Systems), it is my understanding that this would constitute a failure to respond by Albany Med Health Partners (Systems).
  To clarify, the defendants in the amended complaint will be : Albany Med Health Partners (Systems), Glens Falls Hospital, Saratoga Hospital, Malta Med Emergent Care, Jonathan Braiman, Donna Kirker, Lisa West and Christine Calistri (Towers).
  I have reached out to the *pro se* program as well as the clerk regarding this matter - both advised me to write to you to ask for clarification.

  Thank you in advance for your assistance regarding this matter.

  Respectfully,

   -Tara Rule