

Karen A. Butler, Esq.<br>butler@moscllp.com

January 4, 2024

**Rule v. Albany Med Health Partners et al**
Our File No.: 125.35685
1:23-cv-1218 (BKS/CFH)

Hon. Christian F. Hummel, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Dear Judge Hummel:

      On behalf of the defendants, Christine Calistri and Lisa West, I respectfully request leave of the court to file a Memorandum of Law in support of defendants' motion to dismiss exceeding twenty-five (25) pages in length as required pursuant to rule 7.1 (b)(1) but, instead, request a limit of forty-five (45) pages. The reason for the request is the length of plaintiff's Amended Complaint of 105 pages or 180 pages with exhibits and 17 causes of action with multiple subparts, most of which involve defendants West and Calistri. I do not believe that I can adequately address each claim within a twenty-five-page limit.

      Thank you for your kind consideration. Please advise if anything further is needed. Thank you.

Respectfully yours,<br><br>
**MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**<br><br>
By    */s/ Karen A. Butler*<br>
Karen A. Butler<br>
Bar Roll No.: 508049

KAB
cc:    All parties via CM/ECF

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
6 Tower Place, Albany, NY 12203  |  P: (518) 465-3553  |  F: (518) 465-5845
3154 Route 9W, P.O. Box 180, Saugerties, NY 12477  |  P: (845) 246-3668  |  F: (845) 246-0390
www.maynardoconnorlaw.com
– Service by Facsimile, Email or Electronic Means is Not Accepted –

{M1176805.1}