**Rule v. Albany Med Health Partners et al** 1:23-cv-1218 (BKS/CFH)

Hon. Brenda K Sannes
U.S. District Court Judge
United States District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse 100 S. Clinton Street Syracuse, NY 13261

02/20/2024
Tara Rule, *Pro Se*, Ruleartsandproductions@gmail.com

Honorable Judge Sannes,

    I am respectfully requesting
Respectfully submitted,

Tara Rule