**Rule v. Albany Med Health Partners et al** 1:23-cv-1218 (BKS/CFH)

Hon. Christian F. Hummel, Hon. Brenda K Sannes
U.S. District Court Judge
United States District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse 100 S. Clinton Street Syracuse, NY 13261

02/26/2024
Tara Rule, *Pro Se*, Ruleartsandproductions@gmail.com

Honorable Judge,

      Plaintiff Tara Rule respectfully requests to move this Court for leave to file a two page sur-reply to Defendant Jonathan Braimans RE :  Memorandum of Law in Support of Defendant's Motion to Dismiss based upon new arguments made by the defendants not previously addressed, including those that are plainly false and need correction.


Respectfully submitted,

Tara Rule

Dated: 02/26/2024

Electronically submitted to all parties via CM/ECF