

268 Broadway, Suite 104 | Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236

April 24, 2025

**VIA ELECTRONIC FILING**

Hon. Paul J. Evangelista, United States Magistrate Judge
U.S. District Court, NDNY
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

Re:   *Tara Rule v. Braiman, et. al*
      Case No.: 1:23-cv-1218 (BKS/PJE)

Dear Judge Evangelista:

Please allow this letter to serve as a joint request on behalf of all parties to extend the deadline to complete mediation in the above-referenced matter.

The parties and mediator were unable to schedule a mutually agreeable date for mediation prior to the current September 1, 2025 deadline. We were able to identify October 7, 2025 as a date that works for all parties, and have scheduled the mediation for that day. As a result, we request that the Court extend the deadline to complete mediation to October 31, 2025.

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

s/ Michael D. Billok
Bar Roll No. 516448

cc:   All parties, via CM/ECF