

Emily K. Lawrence, Esq.
lawrence@moscllp.com

December 4, 2025

**Rule v. Albany Med Health Partners et al**
Our File No.:  125.35685
1:23-cv-1218 (BKS/CFH)

Hon. Paul Evangelista, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Dear Judge Evangelista:

    I write to you on behalf of the defendants, Christine Calistri and Lisa West, to request additional time to complete plaintiff's deposition in this matter. Pursuant to FRCP 30(d)(1), the Court must allow additional time consistent with Rule 26(b)(1) and (2) if needed to fairly examine the deponent, or if the deponent, another person, or any other circumstance impedes or delays the examination.

    Notably, the plaintiff has brought various causes of action against multiple defendants who provided care and treatment at separate facilities on different dates. There are entirely different theories of liability for each of the respective defendants, including claims pertaining to EMTALA, medical malpractice, discrimination, and breach of confidentiality. The discovery conducted thus far has been voluminous, and includes 60+ social media posts on TikTok, YouTube, Instagram, and Reddit, as well as print interviews, articles, and formal complaints to government entities about my clients. Additional time will be needed to adequately address these issues.

    Moreover, the plaintiff has a serious medical condition and has already indicated that she will need multiple breaks during the course of her deposition. She is traveling from California to New York for the deposition and bringing her back here will be difficult. Given the foregoing, I respectfully request that the parties be given a total of 2 days to complete Ms. Rule's deposition with the understanding that each day shall not exceed 7 hours.

    Thank you for your kind consideration. Please advise if anything further is needed. Thank you.

Respectfully yours,

**MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

By *Emily K. Lawrence*
Emily K. Lawrence, Esq.
Bar Roll No. 6026439

EKL
cc:     All parties via CM/ECF
4930-0110-9627, v. 1

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
**6 Tower Place, Albany, NY 12203  |  P: (518) 465-3553  |  F: (518) 465-5845**
3154 Route 9W, P.O. Box 180, Saugerties, NY 12477  |  P: (845) 246-3668  |  F: (845) 246-0390
www.maynardoconnorlaw.com
– Service by Facsimile, Email or Electronic Means is Not Accepted –