

268 Broadway, Suite 104 | Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236

February 3, 2026

**VIA ELECTRONIC FILING**

Hon. Paul J. Evangelista, United States Magistrate Judge
U.S. District Court, NDNY
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

Re:    *Tara Rule v. Braiman, et. al*
          Case No.: 1:23-cv-1218 (BKS/PJE)

Dear Judge Evangelista:

As the Court is aware, this Firm represents Albany Med Health System, Glens Falls Hospital, The Saratoga Hospital, and Donna Kirker; however, after conferring with all defendants, this letter is being submitted on behalf of all defendants.

We are writing to request a conference regarding a discovery dispute with the plaintiff. Simply put, plaintiff has refused to produce any financial information or documents regarding her income, arguing that her income and sources of that income are not relevant. Defendants respectfully submit that there cannot be any question about the relevancy of plaintiff's income given that:

- Under the section in her complaint headlined "Damages," Plaintiff alleges that "Defendants' actions and inactions set forth above have caused severe emotional distress to Plaintiff, impacting her well-being, physical health, daily life, and ability for enjoyment of life." (Second Amended Complaint, ¶ 50). Defendants are entitled to explore plaintiff's claim that her daily life, including her ability to work and earn income, has been affected.

- Plaintiff has likewise argued that she had to move to Los Angeles in early 2023 because she was no longer able to obtain health care in the local area; Defendants are entitled to discovery regarding whether plaintiff really moved there because she could not get health care locally, or whether she really moved there for work. *See, e.g.,* Second Amended Complaint, ¶ 52).

- Plaintiff also contends that she has suffered "[d]amage to reputation and standing in the community." (Second Amended Complaint, Prayer For Relief). Defendants are entitled to discovery regarding whether plaintiff's claimed damage to reputation

Attorneys At Law | A Professional Limited Liability Company

Hon. Paul J. Evangelista
February 3, 2026
Page 2

      and standing impacted her income, or whether her income remained the same or improved following the events set forth in the Second Amended Complaint. While plaintiff has represented she is not specifically claiming lost income as damages, she <u>is</u> claiming damage to her reputation, making her income relevant.

- During the first day of her deposition,[1] plaintiff testified that she could not recall whether she had filed or signed taxes for the past several years. In addition, she testified that she had received approximately half a million dollars in "loans" from her parents over the past several years. Obviously, these statements raise issues concerning credibility and veracity that can only be resolved by production of the financial information.[2]

- Finally, Defendants only recently learned at the first day of plaintiff's deposition that plaintiff has been receiving Social Security Disability Income since 2015. There is no question that plaintiff's SSDI record is relevant in this case, as it goes to her medical condition (she alleges malpractice in this case) and her ability to work. Thus, Defendants are seeking an order that plaintiff sign an authorization to release her SSDI records.

We had a meet and confer telephone conference with counsel for plaintiff on January 30, at which time we were not able to resolve this dispute, and therefore seek a conference call with the Court.

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

s/ Michael D. Billok
Bar Roll No. 516448

cc:    All parties, via CM/ECF

---

[1] The second day of plaintiff's deposition is scheduled for February 6.
[2] In addition to the above, plaintiff does business under the company Rule Arts and Productions, LLC. However, plaintiff does not own Rule Arts and Productions, LLC; it is owned by her mother. As plaintiff testified in her deposition, Rule Arts and Productions, LLC, receives income based on plaintiff's work, and then some of that income is paid out to plaintiff. Given the relevancy of income plaintiff generates and how plaintiff receives that income, Defendants are also in the process of subpoenaing the financial information for Rule Arts and Productions, LLC.

22964503.v1-2/3/26