**BARCLAY DAMON**LLP

**Brienna L. Braman**
*Counsel*

June 17, 2026

**VIA CM/ECF**

Hon. Paul J. Evangalista, United States Magistrate Judge
United States District Court, Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

        Re:    Tara Rule v. Braiman, et al.
                   Case No. 1:23-cv-01218 (BKS/PJE)

Dear Magistrate Judge Evangalista:

As you are aware, our office represents Defendant Dr. Jonathan Braiman ("Dr. Braiman") relative to the above-referenced matter. Please accept the following as Dr. Braiman's status report in compliance with the Court's order dated June 2, 2026.

Plaintiff and Dr. Braiman have conferred and resolved the issues raised in their respective submissions (dkt. 159, 161) in that Plaintiff has produced certain authorizations in response to Dr. Braiman's requests for same. It is our understanding that the same authorizations will also be provided to Co-Defendants in response to their respective requests.

It has been communicated to Plaintiff that we reserve the right to request additional authorizations to the extent that is appropriate based upon the medical records subsequently received pursuant to those authorizations provided by plaintiff or other information developed in discovery.

We appreciate the Court's assistance in resolving this matter.

                               Respectfully submitted,

                               */s/ Brienna L. Braman*

                               Brienna L. Braman

Cc:    All Counsel of Record (via CM/ECF)

50913160.1