# EISENBERG ⟨&⟩ BAUM, LLP

July 29, 2026

**VIA ECF**
Hon. Paul J. Evangelista, USMJ
James T. Foley US Courthouse
445 Broadway, 4th Floor
Albany, NY 12207

      **Re:**    *Tara Rule v. Jonathan Braiman, et al.,* **No. 1:23-cv-01218-BKS-CFH**

Dear Judge Evangelista,

      We write to update the Court in response to its Text Minute Entry dated July 23, 2026.

      As directed, Plaintiff's counsel has made efforts to obtain the unredacted records at issue from third-party Carole Rule, owner of Rule Arts and Productions, LLC ("RAP"), for the Court's *in camera* review. Counsel was advised that Ms. Rule went out of town on July 17, 2026 and will not return until August 17, 2026.

      Counsel was further advised that Ms. Rule did not retain an unredacted copy of the records. As a result, upon her return, Ms. Rule will recreate the production for submission.

      In light of these circumstances, Plaintiff respectfully requests an extension through August 28, 2026, to obtain and submit the unredacted documents for the Court's *in camera* review.

      We thank the Court for its continued time and attention to this matter.

                          Respectfully submitted,

                          /s/ *Reyna Lubin*
                          Reyna Lubin, Esq.
                          **EISENBERG & BAUM, LLP**
                          24 Union Square East, Penthouse
                          New York, NY 10003
                          Tel: (212) 353-8700
                          Fax: (917) 591-2875
                          rlubin@eandblaw.com