BOND SCHOENECK & KING

321 Broadway, Suite 201| Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236

November 23, 2026

**VIA ELECTRONIC FILING**

Hon. Paul J. Evangelista, United States Magistrate Judge
U.S. District Court, NDNY
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

Re: *Tara Rule v. Braiman, et al.*
Case No.: 1:23-cv-1218 (BKS/PJE)

Dear Judge Evangelista:

As the Court is aware, this Firm represents Albany Med Health System, Glens Falls Hospital, The Saratoga Hospital, and Donna Kirker. Your order of November 9 directed the parties to file a status report with proposed mediation, discovery, and dispositive motion deadlines by today.

The parties have conferred and propose a mediation deadline of March 31, 2027; a discovery deadline of April 30, 2027; and a dispositive motion deadline of July 15, 2027.

Regarding the status of discovery, Defendants state as follows:

- The parties agreed that Plaintiff would produce the tax records ordered to be produced by the Court's October 7, 2026 order by November 20, 2026. Plaintiff's counsel further agreed to inform Rule Arts and Productions, LLC ("RAP") of the Court's October 7, 2026 order and that production should occur by November 20, 2026.

- On November 20, 2026, Plaintiff produced a declaration stating that she has "not filed federal, NY or California state personal income tax returns during the period beginning August 14, 2020, through the present" and is "not currently in possession of Forms W-2, 1099, or similar income-reporting documents relating to my paid creative engagements." If true, this information would have been helpful to know ten months ago, rather than requiring Defendants and the Court to expend the time and expense on unnecessary motion practice to compel the production of documents that do not exist. Given the time and effort expended by Plaintiff in opposing Defendants' efforts to review her tax returns, Defendants are seeking a

IRS Verification of Non-Filing Letter covering tax years 2020-25 from Plaintiff to verify her statement that she has not filed taxes since 2000.

- On November 20, 2026, Plaintiff's counsel also produced documents ostensibly from RAP, consisting of 54 pages of receipts and expenses (including Plaintiff's rent, utilities, and medical bills), and one page consisting of the 2025 New York State STAR Benefit worksheet, completed by Carol Rule (RAP's owner). The documents do not contain RAP's tax filings or any evidence of income or payments based on Plaintiff's work as directed by the Court's October 7, 2026 order.

- Given the above, Plaintiff's counsel and Defendants' counsel have agreed to meet next week to discuss Defendants' request for an IRS Verification of Non-Filing Letter from Plaintiff, and next steps regarding RAP's tax filings, and whether further Court intervention may be necessary.

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

s/ Michael D. Billok
Bar Roll No. 516448

cc: All parties, via CM/ECF